UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SHANNON GRADY,

      PLAINTIFF,                     CASE NO. 3:19-CV-3001-B-BK

V.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      DEFENDANT.

ORDER ACCEPTING FINDINGS, RECOMMENDATIONS, AND CONCLUSIONS
OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 6th day of March, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE