UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANNON GRADY, § | | |
| PLAINTIFF, § | | |
| § | | |
| V. § | CASE NO. 3:19-CV-03001-B-BK | |
| § | | |
| COMMISSIONER OF THE SOCIAL § | | |
| SECURITY ADMINISTRATION, § | | |
| DEFENDANT, § | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff is awarded the sum of $7,518.53 which shall be made payable directly to Plaintiff, but sent in care of her attorney. Payment of the $400.00 the filing fee shall be made from the Judgment Fund by the Department of the Treasury pursuant to [31 U.S.C. § 1304](#).

SO ORDERED.

DATED: August 27, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE